FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2026-1334
L.T. Case No. 16-2026-SC-5208

_____

JONATHAN N. FOSTER,

Appellant,

v.

JIM KOWALSKI,

Appellee.

_____

On appeal from the County Court for Duval County.
Eleni Elia Derke, Judge.

Jonathan N. Foster, Jacksonville, pro se.

No Appearance for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____